**SO ORDERED.**

**SIGNED this 24th day of September, 2012.**



_____Dale L. Somers_____
Dale L. Somers
United States Bankruptcy Judge
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

In re:

DEBORAH LYNN MURPHY,

                DEBTOR.

CASE NO. 12-20434
CHAPTER 7

ORDER DENYING
DEBTOR'S MOTION FOR DETERMINATION THAT CERTAIN PERSONAL
PROPERTY OWNED BY DEBTOR IS NOT SUBJECT TO ANY SECURITY INTEREST

On September 21, 2012 the Court heard arguments on the Debtor's Motion for Order Determining that Certain Personal Property owned by the Debtor is not Subject to any Security Interest, or, in the Alternative, Granting Debtor's Request to Redeem Property (Motion). Creditor Capital One opposes the Motion. The statements of counsel, and the matters addressed in the briefs filed in support of and in opposition to the Motion, are limited to the question of whether four items of personal property purchased using Debtor's Best Buy credit card are subject to a perfected security interest securing the claim of Capital One.

After hearing the statements of counsel and carefully considered the briefs of the parties, the Court, ruling from the bench, held that, under the terms of the Best Buy credit card agreement and the facts of this case, the security interest attached to the items purchased and was automatically perfected because the items are consumer goods under Article 9 of the Uniform Commercial Code.  The Court stated on the record its Findings of Fact and Conclusions of Law, which are incorporated herein by this reference.  If the Court's oral findings and rulings are transcribed, the Court orders that the draft transcription be submitted to the Court for the purpose of making technical corrections, including incorporation of correct names, punctuation, paragraphing, quotations, footnotes, and legal citations.

Debtor's Motion to determine that certain items of personal property are not subject to any security interest is denied.  The Court makes no ruling on Debtor's alternative motion to redeem the personal property.  The Motion remains pending for determination of that issue.

**IT IS SO ORDERED.**

###

2

Case 12-20434    Doc# 25    Filed 09/24/12    Page 2 of 2