U. S. Bankruptcy Court - District of Kansas
Court Room Minute Sheet
9/21/2012
Hon. Dale L. Somers, Presiding

11:30 AM
_____

Case Information:
    12-20434 Deborah Lynn Murphy   Chapter: 7

Judge: DLS    Filed: 02/24/2012    Discharged:
_____

Appearances:
X    Patrick E. Henderson   representing  Deborah Lynn Murphy  (Debtor)
X    Michael Berman representing HSBC Bank of Nevada NA (Appears by Phone)
     Carl R. Clark  (Trustee)
_____

Issue(s):
    [13]  Motion to Redeem With HSBC Bank Nevada, N.A.. Filed on behalf of Debtor Deborah Lynn Murphy, with Certificate of Service. (Henderson, Patrick) (Entered: 05/23/2012)

[15]    Response to (related document(s): 13 Motion to Redeem With HSBC Bank Nevada, N.A.. filed by Debtor Deborah Lynn Murphy) Filed by Creditor HSBC Bank Nevada NA (Attachments: # 1 Exhibit A# 2 Exhibit B) (Berman, Michael) (Entered: 06/08/2012)

[23]    Support Brief, with Certificate of Service. Filed by Debtor Deborah Lynn Murphy (RE: related document(s)13 Motion to Redeem With HSBC Bank Nevada, N.A..). (Henderson, Patrick) (Entered: 08/13/2012)

[24]    Support Brief, with Certificate of Service. Filed by Creditor CAPITAL ONE, N.A. (RE: related document(s)13 Motion to Redeem With HSBC Bank Nevada, N.A..). (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D) (Berman, Michael) (Entered: 08/17/2012)


_____




Courtroom Deputy: Susan A. Franklin
ECRO Reporter:  Dawn Cockrell, John M. Bowen & Associates

U. S. Bankruptcy Court - District of Kansas
Court Room Minute Sheet
9/21/2012
Hon. Dale L. Somers, Presiding

Notes/Decision:

**Court issues oral ruling on the record. Motion is denied; redemption still at issue. Court will prepare written order incorporating findings of fact and conclusions of law incorporated herein by reference. If transcript is requested, the court will make the necessary technical corrections.**

_____

Courtroom Deputy: Susan A. Franklin
ECRO Reporter: Dawn Cockrell, John M. Bowen & Associates